**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 00-1982**

————————

GROVER DRUMMOND,

Plaintiff - Appellant,

versus

STATE OF MARYLAND,

Defendant - Appellee.

————————

Appeal from the United States District Court for the District of Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-00-2152)

————————

Submitted: November 30, 2000          Decided: December 8, 2000

————————

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

————————

Dismissed by unpublished per curiam opinion.

————————

Grover Drummond, Appellant Pro Se.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Grover Drummond, a Maryland inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint under 28 U.S.C.A. § 1915A (West Supp. 2000).  We have reviewed the record and the district court's opinion and find that this appeal is frivolous.  Accordingly, we dismiss the appeal on the reasoning of the district court.  See Drummond v. Maryland, No. CA-00-2152 (D. Md. July 19, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

                                                    DISMISSED